UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

---

**This Document Relates To:**

*Susan Galinis, et al. v. Bayer Corporation, et al.* No. 3:09-cv-20079-DRH-PMF

## SUGGESTION OF REMAND

**HERNDON**, **District Judge:**

This Court is the transferee court presiding over the Multidistrict Litigation ("MDL") known as *In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL 2100. Presently, in the above-captioned matter, all common and case specific discovery will be complete once rulings are made on the following:

1. Bayer's Motion to Exclude Expert Testimony that Bayer Withheld Information about Adverse Events Re Yasmin (d/e 57);

2. Bayer's Motion to Exclude Irrelevant Expert Testimony on VTE Studies and Unreliable Testimony that Yasmin has a Higher Stroke Risk than Other Oral Contraceptives (d/e 58);

3. Bayer's Motion for Summary Judgment for Failure to Establish Causation of Any Failure to Warn (d/e 59).

After these motions are ruled on, the *Galinis* case will be ready for trial.

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the Court suggests that this action be remanded to the transferor district court to complete this case-specific discovery. Here, the *Galinis* plaintiffs have used their own experts to support their case rather than the ones developed during the common discovery period. Due to this action, the undersigned does not have specialized knowledge of plaintiffs' experts. Further, while plaintiffs' theories of liability in this case are the same as other *Yaz* cases in some respects over which this judge has acquired extensive knowledge, they are different in many others. Finally, the motions pending will be governed by California law and so those motions can be aptly handled by a judge in the transferor district.

Accordingly, the Court suggests that the above-captioned matter should be **REMANDED** to the United States District Court for the Northern District of California for resolution of all outstanding matters. The Court requests an order from the JPML authorizing this Court to remand the case to the same.

The Clerk is **DIRECTED** to serve a copy of this Suggestion of Remand upon the Clerk of the MDL Panel.

**IT IS SO ORDERED.**

Judge Herndon
2018.10.01
14:39:29 -05'00'

**United States District Judge**